IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHYANNE AUKAMP-CORCORAN,

Plaintiff,

v.

LANCASTER GENERAL HEALTH,

Defendant.

CIVIL ACTION
NO. 19-5734

## ORDER

**AND NOW**, this 17th day of February, 2022, upon review of Defendant's Motion for Summary Judgment (Docket No. 24) and Plaintiff's response thereto, as well as Defendant's reply, and after oral argument held, it is hereby **ORDERED** as follows:

1. Defendant's Motion for Summary Judgment is **GRANTED**;

2. Plaintiff's Amended Complaint is **DISMISSED**; and

3. The Clerk shall close this case.

**BY THE COURT:**

_/s/ Jeffrey L. Schmehl_____
Jeffrey L. Schmehl, J.